JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALBERTO LOPEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KELLY HARRINGTON, Warden,<br><br>　　　　Respondent. | Case No. CV 11-4237 AHM (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus with Prejudice Pursuant to Petitioner's Request for Dismissal and Notification of Mootness.

DATED: November 16, 2011

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**